THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL LESSER, Indicted as HARRY HARVEY, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion to dispense with printing of record on appeal, and brief, denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.